1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11    MARTIN MCLAUGHLIN,                          1:14-cv-00784-JLT (PC)

12                  Plaintiff,                     ORDER TO SUBMIT APPLICATION
                                                   TO PROCEED IN FORMA PAUPERIS
13           v.                                    OR PAY FILING FEE WITHIN 45 DAYS

14    R. DIAZ, et al,                             (Doc. 2)

15                  Defendant.

16

17           Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18    § 1983.  Plaintiff has not paid the $400.00 filing fee.  While Plaintiff submitted a document titled

19    as a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, he did not sign it and it is

20    not on the requisite form.  (Doc. 2.)

21           Accordingly, IT IS HEREBY ORDERED that:

22           **Within 45 days** of the date of service of this order, Plaintiff shall submit the attached

23    application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

24    $400.00 filing fee for this action.  **No requests for extension will be granted without a showing**

25    **of good cause**.

26           **Within 60 days** of the date of service of this order, Plaintiff shall submit a certified copy

27    of his/her prison trust statement for the six month period immediately preceding the filing of the

28    complaint.

                                                    1

1          **Failure to comply with this order will result in dismissal of this action.**

2

3     IT IS SO ORDERED.

4        Dated:   **May 29, 2014**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28