# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN McLAUGHLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>DIAZ, et al.,<br><br>        Defendants. | **Case No. 1:14-cv-00784-AWI-JLT (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF DISMISSAL WITHOUT LEAVE TO AMEND FOR FAILURE/INABILITY TO STATE A CLAIM**<br><br>**(Docs. 15, 17)**<br><br>**STRIKE PER 28 U.S.C. § 1915(g)** |

      Plaintiff, Martin McLaughlin, is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Plaintiff filed his Second Amended Complaint on February 9, 2015, alleging a violation of his rights under the Eighth Amendment based on his conditions of confinement and to substantive and procedural due process under the Fourteenth Amendment. (Doc. 16.) On April 16, 2015, the Magistrate Judge screened it and recommended dismissal without leave to amend for failure to state a claim. (Doc. 17.) Plaintiff filed timely objections on May 15, 2015. (Doc. 18.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on April 16, 2015 (Doc. 17), is adopted in full;
2. This action is dismissed with prejudice for Plaintiff's failure to state a claim;
3. Plaintiff's motion to release certain named Defendants, filed February 9, 2015 (Doc. 15) is disregarded as moot;
4. Dismissal of this action counts as a strike pursuant to 28 U.S.C. § 1915(g); and
5. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   June 4, 2015

SENIOR  DISTRICT  JUDGE